

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00442-CR

**EX PARTE** Juan Antonio Molina **VALENCIA**

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 25, 2023.

_____
Luz Elena D. Chapa, Justice